**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**CHRISTOPHER D. SCHNORR,**

        Petitioner,                  **CASE NUMBER: 05-74644**
                                            **HONORABLE VICTORIA A. ROBERTS**

v.

**BLAINE LAFLER,**

        Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On March 24, 2008, Magistrate Judge Paul J. Komives submitted a Report and Recommendation (Doc. #32) recommending that the Court DENY Plaintiff's Habeas Corpus Petition. (Doc. #1). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Plaintiff's Petition.

      **IT IS ORDERED**.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: April 17, 2008

> The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on April 17, 2008.
>
> s/Carol A. Pinegar
> Deputy Clerk